# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Enid Lakeside Grocery, LLC**  
Debtor(s)

Case No.  **17-10248**  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Enid Lakeside Grocery, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lawrence T Moore**  
**2570 Enid Dam Rd.**  
**Pope, MS 38658**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 24, 2017** | **/s/ Robert Gambrell** |
| Date | **Robert Gambrell 4409** |
| | Signature of Attorney or Litigant |
| | Counsel for **Enid Lakeside Grocery, LLC** |
| | **Gambrell & Associates, PLLC** |
| | **101 Ricky D Britt Sr Blvd, Ste 3** |
| | **Oxford, MS 38655-4236** |
| | **662-281-8800 Fax:662-202-1004** |
| | **rg@ms-bankruptcy.com** |