

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   ENID LAKESIDE GROCERY, LLC | CASE NO. 17-10248-JDW |
| DEBTOR-IN-POSSESSION | CHAPTER 11 |

### AGREED ORDER

This matter is before the court on consideration of the motion filed by the United States Trustee ("UST") to convert or dismiss this case (DKT. # 54), and the Debtor's response thereto (Dkt. No. 60).

The Debtor will being filing of filing of Monthly Operating Reports and payment of United States Trustee Quarterly Fees current within seven (7) days of entry of this order. The Debtor agrees to continue timely payment of UST fees and filing of Monthly Operating Reports hereafter.

In the event the debtor-in-possession fails to comply with the terms of this order, the debtor agrees that this case will be converted pursuant to 11 U.S.C. § 1112(a) without further notice or hearing. This court is of the opinion that this agreement should be approved.

### ###END OF ORDER###

**APPROVED FOR ENTRY:**

| | |
|---|---|
| */s/ Robert Gambrell (by M.O.M., w/ permission)* | */s/ Margaret O. Middleton* |
| Robert Gambrell (MSBN 4409) | Margaret O. Middleton, Trial Attorney |
| Attorney for the Debtor | United States Trustee, Region 5 |
| | MSBN 103205 |