## MONTHLY OPERATING REPORT

### CHAPTER 11

CASE NAME: __Enid Lakeside Grocery, LLC__

CASE NUMBER: __17-10248__     For Period _06/01_ to _06/30_ , 20 _17_ .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {x} | { } | Comparative Balance Sheet (FORM 2-B) |
| {x} | { } | Profit and Loss Statement (FORM 2-C) |
| {x} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {x} | { } | Supporting Schedules (FORM 2-E) |
| {x} | { } | Narrative (FORM 2-F) |
| {x} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _8/2/17_
(date)

Debtor(s)*: __Enid Lakeside Grocery, LLC__

By:** __Lawrence T. Moore__

Position: __Managing Member__

Name of preparer: __Robert Gambrell__

Telephone No. of Preparer __662-281-8800__

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
3/11

CASE NAME:  Enid Lakeside Grocery, LLC

CASE NUMBER:  17-10248

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 1/25/17 | Month 2/28/17 | Month 3/31/17 | Month 4/30/17 | Month 5/31/17 | Month 6/30/17 | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | |
| Accounts Receivable, Net | | | | | | | |
| Inventory, at lower of cost or market | 480.00 | 480.00 | 480.02 | 8.29 | 361.30 | 3.16 | |
|   1st Security Bank DIP Tax Account | 2,791.38 | 290.79 | 1.97 | 1.04 | .87 | 12.40 | |
| Prepaid expenses & deposits | | | | | | | |
| Other | | | | | | | |
|   Southern Bancorp Checking Account | | 346.08 | 479.36 | 597.26 | 1,534.87 | 2,550.00 | |
|   1st Security Bank DIP Checking Account | 2,791.38 | 1,116.87 | 961.35 | 606.59 | 1,897.04 | 2,815.56 | |
| TOTAL CURRENT ASSETS | 284,300.00 | 284,300.00 | 284,300.00 | 284,300.00 | 284,300.00 | 284,300.00 | |
| PROPERTY, PLANT & EQUIPMENT | 284,300.00 | 284,300.00 | 284,300.00 | 284,300.00 | 284,300.00 | 284,300.00 | |
| Less accumulated depreciation | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | | | | | | | |
| OTHER ASSETS | | | | | | | |
|   Accounts Receivable (90 days or less) est. | 1,118.25 | 1,118.25 | 1,118.25 | 1,118.25 | 1,118.25 | 1,118.25 | |
|   Accounts Receivable (over 90 days old) est. | 876.32 | 876.32 | 876.32 | 876.32 | 876.32 | 876.32 | |
| Finished Goods | 27,960.00 | 27,960.00 | 27,960.00 | 27,960.00 | 27,960.00 | 27,960.00 | |
| Equitable interest in carport | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | |
| TOTAL OTHER ASSETS | 32,154.57 | 32,154.57 | 32,154.57 | 32,154.57 | 32,154.57 | 32,154.57 | |
| TOTAL ASSETS | 319,245.95 | 317,571.44 | 317,415.92 | 317,061.16 | 318,351.61 | 319,270.13 | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

CASE NAME:  Enid Lakeside Grocery, LLC

CASE NUMBER:  17-10248

## PROFIT AND LOSS STATEMENT

| | Month 5/31/17 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE.............................. | 24,728.63 | | | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material................................ | | | | | | |
| Labor - Direct......................... | | | | | | |
| Manufacturing Overhead............. | | | | | | |
| TOTAL COST OF GOODS SOLD............. | 24,728.63 | | | | | |
| GROSS PROFIT............................ | | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing............... | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.)............ | | | | | | |
| Other_____ | | | | | | |
| TOTAL OPERATING EXPENSES.............. | 23,438.18 | | | | | |
| INTEREST EXPENSE......................... | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES... | 1,290.45 | | | | | |
| DEPRECIATION OR AMORTIZATION........... | | | | | | |
| EXTRAORDINARY EXPENSES *............... | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)........... | | | | | | |
| NET INCOME (LOSS) ...................... | 1,290.45 | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME: Enid Lakeside Grocery, LLC   CASE NUMBER: 17-10248

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period _06/01_ to _06/30_, 20_17_

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                              $ 1,897 04

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)                                   $ 31,222 63

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                         $( 30,554 " )

4. Net Cash Flow                                          $ 668 47

5. Ending Cash Balance (to FORM 2-B)                      $ 2,815 56

### CASH SUMMARY - ENDING BALANCE

|     |                                          | Amount* | Financial Institution |
|-----|------------------------------------------|---------|-----------------------|
| 1.  | Real Estate Account                      | $       |                       |
| 2.  | Trust Account                            | $       |                       |
| 3.  | Operating and/or Personal Account        | $ 2,551 00 | 1st Security DIP Oper Acct |
| 4.  | Payroll Account                          | $       |                       |
| 5.  | Tax Account                              | $ 2.16  | 1st Security DIP Tax Acct |
| 6.  | Other Accounts (Specify checking or savings) | $ 12.40 | Southern Bancorp Fish Lic Acct. |
| 7.  | Cash Collateral Account                  | $       |                       |
| 8.  | Petty Cash                               | $ 250 00 |                       |
|     | TOTAL (must agree with line 5 above)     | $ 2,815 16 |                     |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less                              *
inter-account transfers & UST fees paid  $____0.00____

\* NOTE:  This amount should be used to
   determine UST quarterly fees due and agree
   with Form 2-D, page 2 of 4.

CASE NAME: Enid Lakeside Grocery, LLC          CASE NUMBER: 17-10248

## QUARTERLY FEE SUMMARY

MONTH ENDED          5/31/17

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 0.00 | | | |
| February | $ 25,024.17 | | | |
| March | $ 30,200.17 | | | |
| Total 1st Quarter | $ 55,224.34 | $ 650.00 | 1050 | 4/24/17 ($350.00 paid; $350.00 due) |
| | | | | |
| April | $ 27,250.66 | | | |
| May | $ 23,438.18 | | | |
| June | $ 30,554.11 | | | |
| Total 2nd Quarter | $ 81,242.95 | $ 975.00 | 1154 | 8/02/2017 |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: Enid Lakeside Grocery, LLC

CASE NUMBER: 17-10248

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period 06/01 to 06/30, 2017

Account Name: _____ Account Number: _____

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| | Southern Bancorp Fishing License Acct........................ | 2,290.45 |
| | 1st Security Bank DIP Tax Acct.............................. | 1,659.14 |
| | 1st Security Bank DIP Operations Acct........................ | 26,604.50 |
| | (see attached bank statements) | |

Total Cash Receipts $ 30,554.11

CASE NAME: _Enid Lakeside Grocery, LLC_

CASE NUMBER: _17-10248_____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _06/01_ to _06/30_, 20_17_

Account Name:_____   Account Number:_____

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | Southern Bancorp Fishing License Acct................... | | 2,302 $^{00}$ |
| | | 1st Security Bank DIP Tax Acct....................... | | 1,300 $^{00}$ |
| | | 1st Security Bank DIP Operatios Acct.................. | | 27,620 $^{63}$ |

(see attached bank statements)

Total Cash Disbursements   $ _31,222_ $^{63}$

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: Enid Lakeside Grocery, LLC CASE NUMBER: 17-10248

## SUPPORTING SCHEDULES

For Period _____ to _____, 20___

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | $ | $ | $ | $ |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

CASE NAME: _Enid Lakeside Grocery, LLC_ CASE NUMBER: _17-10248_

**SUPPORTING SCHEDULES**

For Period _____ to _____, 20_____

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

CASE NAME: Enid Lakeside Grocery, LLC    CASE NUMBER: 17-10248

## SUPPORTING SCHEDULES

For Period _____ to _____, 20_____

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|--------------|--------------|--------------------|--------------|
| Workers' Compensation | _____ | _____ | _____ | _____ |
| General Liability | _____ | _____ | _____ | _____ |
| Property (Fire, Theft) | _____ | _____ | _____ | _____ |
| Vehicle | _____ | _____ | _____ | _____ |
| Other (list): | | | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

CASE NAME: Enid Lakeside Grocery, LLC   CASE NUMBER: 17-10248

## NARRATIVE STATEMENT

For Period __06/01__ to __06/30__, 20 17

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

Debtor has retained $250.00 in cash drawer at the close

of each day, which should have been included in prior

monthly operating reports. Thus, this month appears to have

$250.00 more income, since that is now being shown.



# FIRST SECURITY BANK

Member FDIC

**FIRST LINE** 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

Date  6/30/17      Page: 1 of 9
Primary Account              8747
Enclosures                     36

```
||I|||I||I||I||I||II|||II||I|II||II||I|IIII||I||I|II|III||III|||
********AUTO**SCH 5-DIGIT 38668
5049 1.7700 AV 0.373    16 1 200
ENID LAKESIDE GROCERY, LLC
CASE NO: 17-10248-JDW
CHAPTER 11 DEBTOR IN POSSESSION
2570 ENID DAM RD
POPE MS  38658-3068
```

### NOTICE OF CHANGE ON SAVINGS ACCOUNTS
Beginning August 1, 2017, the Customer Overdraft Policy that is currently in
effect will apply to all savings accounts. The account will be charged a fee
for each item that is paid or returned on the account that may result in
an overdraft or insufficient balance.

```
***********************************************************************
```

**Summary of Accounts**

| Account Number | Account Title | Current Balance |
|---|---|---|
| 8747 | SMALL BUSINESS | 2,551.00 |
| 8763 | SMALL BUSINESS | 2.16 |

**Checking Account**

| SMALL BUSINESS | | |
|---|---|---|
| Account Number              8747 | Image Statement | 36 |
| Previous Balance       1,534.87 | Statement Dates  6/01/17 thru  6/30/17 | |
| 39 Deposits/Credits    28,920.58 | Days in the statement period | 30 |
| 45 Checks/Debits       27,904.50 | Average Ledger | 946 |
| Service Charge              .00 | Average Collected | 918 |
| Interest Paid               .05 | Interest Earned | .05 |
| Ending Balance        2,551.00 | Annual Percentage Yield Earned | 0.07% |
| | 2017 Interest Paid | .13 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $231.00 | $726.00 |
| Return item fees year to date | $.00 | $198.00 |

```
***********************************************************************
```

**CREDITS**

| Date | Description | Amount |
|---|---|---|
| 6/01 | TXNS/FEES  HRTLAND PMT SYS | 386.95 AD |
| | 1223755714       06/01/17 | |



# FIRST SECURITY BANK

**FIRST LINE** 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

Date  6/30/17   Page: 2 of 9
Primary Account           8747
Enclosures                  36

SMALL BUSINESS                    8747   (Continued)

CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101111041009 | |
| 6/02 | Xfer from Checking        0003 | 130.00 AD |
|      | Mobile | |
| 6/02 | TXNS/FEES  HRTLAND PMT SYS | 519.93 AD |
|      | 1223755714        06/02/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101112486482 | |
| 6/05 | TXNS/FEES  HRTLAND PMT SYS | 218.38 AD |
|      | 1223755714        06/05/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101113261522 | |
| 6/05 | TXNS/FEES  HRTLAND PMT SYS | 536.26 AD |
|      | 1223755714        06/05/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101113549313 | |
| 6/05 | TXNS/FEES  HRTLAND PMT SYS | 1,072.40 AD |
|      | 1223755714        06/05/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101113734643 | |
| 6/05 | DDA DEPOSIT | 1,500.00 ** |
| 6/06 | TXNS/FEES  HRTLAND PMT SYS | 477.55 AD |
|      | 1223755714        06/06/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101114508812 | |
| 6/07 | TXNS/FEES  HRTLAND PMT SYS | 525.99 AD |
|      | 1223755714        06/07/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101115281092 | |
| 6/08 | Xfer from Checking        0003 | 50.00 AD |
|      | Mobile | |
| 6/08 | TXNS/FEES  HRTLAND PMT SYS | 319.26 AD |
|      | 1223755714        06/08/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101116251755 | |
| 6/08 | DDA DEPOSIT | 140.00 ** |
| 6/09 | Xfer from Checking        0003 | 500.00 AD |
|      | Mobile | |
| 6/09 | TXNS/FEES  HRTLAND PMT SYS | 280.77 AD |
|      | 1223755714        06/09/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101117256274 | |
| 6/12 | TXNS/FEES  HRTLAND PMT SYS | 350.67 AD |
|      | 1223755714        06/12/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101117791660 | |



# FIRST SECURITY BANK

MEMBER FDIC

**Date** 6/30/17      Page: 3 of 9
**Primary Account**      ▓▓8747
**Enclosures**      36

FIRST LINE 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

SMALL BUSINESS          ▓▓8747   (Continued)

CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/12 | TXNS/FEES  HRTLAND PMT SYS | 900.24 AD |
|      | 1223755714          06/12/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101117891567 | |
| 6/12 | TXNS/FEES  HRTLAND PMT SYS | 1,365.75 AD |
|      | 1223755714          06/12/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101117987803 | |
| 6/12 | DDA DEPOSIT | 3,595.00 ** |
| 6/13 | TXNS/FEES  HRTLAND PMT SYS | 868.30 AD |
|      | 1223755714          06/13/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101118701534 | |
| 6/14 | TXNS/FEES  HRTLAND PMT SYS | 260.04 AD |
|      | 1223755714          06/14/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101119590007 | |
| 6/15 | TXNS/FEES  HRTLAND PMT SYS | 257.24 AD |
|      | 1223755714          06/15/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101110534471 | |
| 6/16 | TXNS/FEES  HRTLAND PMT SYS | 278.81 AD |
|      | 1223755714          06/16/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101112033313 | |
| 6/19 | TXNS/FEES  HRTLAND PMT SYS | 306.24 AD |
|      | 1223755714          06/19/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101112707658 | |
| 6/19 | TXNS/FEES  HRTLAND PMT SYS | 871.96 AD |
|      | 1223755714          06/19/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101112580712 | |
| 6/19 | TXNS/FEES  HRTLAND PMT SYS | 1,226.47 AD |
|      | 1223755714          06/19/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101112996395 | |
| 6/19 | DDA DEPOSIT | 2,765.01 ** |
| 6/20 | TXNS/FEES  HRTLAND PMT SYS | 432.03 AD |
|      | 1223755714          06/20/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101113630862 | |
| 6/21 | TXNS/FEES  HRTLAND PMT SYS | 348.55 AD |
|      | 1223755714          06/21/17 | |
|      | ID #-650000009122477 | |
|      | CCD TRACE#-031101114436401 | |



**FIRST SECURITY BANK**

MEMBER FDIC

FIRST LINE 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

Date   6/30/17   Page: 4 of 9
Primary Account          8747
Enclosures                   36

SMALL BUSINESS                    8747   (Continued)

CREDITS

| Date | Description | Amount | |
|------|-------------|--------|---|
| 6/22 | TXNS/FEES  HRTLAND PMT SYS | 572.67 | AD |
|      | 1223755714          06/22/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101115229057 | | |
| 6/23 | TXNS/FEES  HRTLAND PMT SYS | 379.04 | AD |
|      | 1223755714          06/23/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101116408143 | | |
| 6/26 | TXNS/FEES  HRTLAND PMT SYS | 328.51 | AD |
|      | 1223755714          06/26/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101116936291 | | |
| 6/26 | TXNS/FEES  HRTLAND PMT SYS | 610.50 | AD |
|      | 1223755714          06/26/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101117114131 | | |
| 6/26 | TXNS/FEES  HRTLAND PMT SYS | 1,396.23 | AD |
|      | 1223755714          06/26/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101117283920 | | |
| 6/26 | DDA DEPOSIT | 1,992.93 | ** |
| 6/27 | TXNS/FEES  HRTLAND PMT SYS | 938.34 | AD |
|      | 1223755714          06/27/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101117822931 | | |
| 6/28 | TXNS/FEES  HRTLAND PMT SYS | 208.95 | AD |
|      | 1223755714          06/28/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101118498572 | | |
| 6/29 | TXNS/FEES  HRTLAND PMT SYS | 563.34 | AD |
|      | 1223755714          06/29/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101119294376 | | |
| 6/29 | DDA DEPOSIT | 860.00 | ** |
| 6/30 | TXNS/FEES  HRTLAND PMT SYS | 586.27 | AD |
|      | 1223755714          06/30/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101110817162 | | |
| 6/30 | INTEREST PAID  30 DAYS | .05 | IN |

*******************************************************************************

DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | DDA FORCE PAY DEBIT | 1,914.07 |
| 6/01 | NSF PAID ITEM(S) CHARGE | 33.00 |



# FIRST SECURITY BANK

FIRST LINE 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

Date   6/30/17      Page: 5 of 9
Primary Account        8747
Enclosures                36

SMALL BUSINESS               8747  (Continued)

## DEBITS

| Date | Description | Amount | |
|------|-------------|--------|---|
| 6/02 | TXNS/FEES  HRTLAND PMT SYS | 588.98 | |
|      | 1223755714          06/01/17 | | |
|      | ID #-650000009122477 | | |
|      | CCD TRACE#-031101111041004 | | |
| 6/02 | NSF PAID ITEM(S) CHARGE | 33.00 | |
| 6/05 | xfer to Checking        0003 | 400.00 | AW |
|      | Mobile | | |
| 6/05 | DDA FORCE PAY DEBIT | 300.00 | |
| 6/05 | NSF PAID ITEM(S) CHARGE | 33.00 | |
| 6/07 | BILLPAYFEE BILLMATRIX | 2.95 | AW |
|      | 7529000011          06/07/17 | | |
|      | ID #-20025687872 | | |
|      | TEL TRACE#-031101115344297 | | |
| 6/07 | BILL PAY    ENTERGY SERVICES | 1,000.00 | AW |
|      | 7529037311          06/07/17 | | |
|      | ID #-20025687871 | | |
|      | TEL TRACE#-031101115347623 | | |
| 6/08 | DDA FORCE PAY DEBIT | 613.63 | |
| 6/08 | NSF PAID ITEM(S) CHARGE | 33.00 | |
| 6/09 | DDA FORCE PAY DEBIT | 267.59 | |
| 6/09 | DDA FORCE PAY DEBIT | 383.89 | |
| 6/09 | NSF PAID ITEM(S) CHARGE | 66.00 | |
| 6/09 | Payment     ATT | 64.03 | AW |
|      | 9864031003          06/09/17 | | |
|      | ID #-869480001EVR1X | | |
|      | TEL TRACE#-031100206253299 | | |
| 6/12 | Xfer to Checking        0003 | 500.00 | AW |
|      | Mobile | | |
| 6/20 | Xfer to Checking        0003 | 400.00 | AW |
|      | Mobile | | |
| 6/21 | DDA FORCE PAY DEBIT | 2,222.51 | |
| 6/21 | NSF PAID ITEM(S) CHARGE | 33.00 | |
| 6/23 | Xfer to Checking        0001 | 20.00 | AW |
|      | Mobile | | |
| 6/29 | D/C SET 0000 06/29/17 4319694 | 60.79 | |
|      | STRAIGHTTA | | |
|      | 9700 NW 112 Ave | | |
|      | 877-430-2355  FL C#7362 | | |

***********************************************************************

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 6/06 |          | 1,100.00 | 6/05 | 1077* | 544.61 | 6/06 | 1084* | 807.19 |
| 6/28 | 1085 | 250.00 | 6/12 | 1088* | 275.85 | 6/14 | 1089 | 138.32 |
| 6/12 | 1090 | 779.00 | 6/13 | 1091 | 453.14 | 6/12 | 1092 | 811.95 |

* Indicates Skip in Serial Number



# FIRST SECURITY BANK

Member FDIC

FIRST LINE 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

Date   6/30/17    Page: 6 of 9
Primary Account           8747
Enclosures                  36

SMALL BUSINESS            8747   (Continued)

Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 6/12 | 1093 | 2,059.76 | 6/28 | 1094 | 290.00 | 6/13 | 1095 | 495.23 |
| 6/14 | 1096 | 104.75 | 6/15 | 1097 | 900.00 | 6/19 | 1099* | 2,428.74 |
| 6/28 | 1100 | 100.00 | 6/16 | 1101 | 378.00 | 6/19 | 1102 | 1,997.00 |
| 6/27 | 1103 | 1,993.25 | 6/26 | 1104 | 367.64 | 6/26 | 1105 | 1,984.00 |
| 6/28 | 1106 | 200.00 | 6/28 | 1108* | 201.11 | 6/30 | 1112* | 275.52 |

* Indicates Skip in Serial Number

*****************************************************************

Daily Balance Section

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 25.25- | 6/02 | 2.70 | 6/05 | 2,052.13 |
| 6/06 | 622.49 | 6/07 | 145.53 | 6/08 | 8.16 |
| 6/09 | 7.42 | 6/12 | 1,792.52 | 6/13 | 1,712.45 |
| 6/14 | 1,729.42 | 6/15 | 1,086.66 | 6/16 | 987.47 |
| 6/19 | 1,731.41 | 6/20 | 1,763.44 | 6/21 | 143.52- |
| 6/22 | 429.15 | 6/23 | 788.19 | 6/26 | 2,764.72 |
| 6/27 | 1,709.81 | 6/28 | 877.65 | 6/29 | 2,240.20 |
| 6/30 | 2,551.00 | | | | |

*****************************************************************

Interest Rate Summary

| Date | Interest Rate |
|------|---------------|
| 5/31 | .07% |

| SMALL BUSINESS | | Image Statement | 0 |
|----------------|--|-----------------|---|
| Account Number | 8763 | Statement Dates  6/01/17 thru  6/30/17 |
| Previous Balance | 361.30 | Days in the statement period | 30 |
| 3 Deposits/Credits | 1,300.00 | Average Ledger | 125 |
| 7 Checks/Debits | 1,659.14 | Average Collected | 125 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 2.16 | 2017 Interest Paid | .05 |

*****************************************************************

CREDITS

| Date | Description | | Amount |
|------|-------------|--|--------|
| 6/05 | xfer from Checking Mobile | 0002 | 400.00 AD |
| 6/12 | xfer from Checking Mobile | 0002 | 500.00 AD |
| 6/20 | xfer from Checking Mobile | 0002 | 400.00 AD |



# FIRST SECURITY BANK

FIRST LINE 24 Hour Touch Tone Banking
662-563-5877 or 1-800-653-2402
www.firstsecuritybk.com

Date  6/30/17    Page: 7 of 9
Primary Account    8747
Enclosures    36

SMALL BUSINESS    8763  (Continued)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEBITS

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/02 | Xfer to Checking  Mobile | 0002 | 130.00 AW |
| 6/06 | TAXPAYMENT MSDEPTOFREVENUE  1646000832    06/06/17  ID #-M1440493056  CCD TRACE#-062000019144477 | | 2.34 AW |
| 6/06 | TAXPAYMENT MSDEPTOFREVENUE  1646000832    06/06/17  ID #-M1440609792  CCD TRACE#-062000019143841 | | 45.00 AW |
| 6/08 | Xfer to Checking  Mobile | 0002 | 50.00 AW |
| 6/09 | Xfer to Checking  Mobile | 0002 | 500.00 AW |
| 6/12 | TAXPAYMENT MSDEPTOFREVENUE  1646000832    06/12/17  ID #-M1316048384  CCD TRACE#-062000017041997 | | 500.00 AW |
| 6/20 | TAXPAYMENT MSDEPTOFREVENUE  1646000832    06/20/17  ID #-M1617408  CCD TRACE#-062000016938091 | | 431.80 AW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Daily Balance Section

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 361.30 | 6/02 | 231.30 | 6/05 | 631.30 |
| 6/06 | 583.96 | 6/08 | 533.96 | 6/09 | 33.96 |
| 6/12 | 33.96 | 6/20 | 2.16 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Interest Rate Summary

| Date | Interest Rate |
|------|---------------|
| 5/31 | .07% |

**FIRST SECURITY BANK**



Amount $1,500.00 Date 6/5/2017

Amount $140.00 Date 6/8/2017

Amount $3,595.00 Date 6/12/2017

Amount $2,765.01 Date 6/19/2017

Amount $1,992.93 Date 6/26/2017

Amount $860.00 Date 6/29/2017

Check 0 Amount $1,100.00 Date 6/6/2017

Check 1077 Amount $544.61 Date 6/5/2017

Check 1079 Amount $300.00 Date 6/5/2017

Check 1081 Amount $1,914.07 Date 6/1/2017

Check 1083 Amount $613.63 Date 6/8/2017

Check 1084 Amount $807.19 Date 6/6/2017

Check 1085 Amount $250.00 Date 6/28/2017

Check 1086 Amount $383.89 Date 6/9/2017

Check 1087 Amount $267.59 Date 6/9/2017

Check 1088 Amount $275.85 Date 6/12/2017

Check 1089 Amount $138.32 Date 6/14/2017

Check 1090 Amount $779.00 Date 6/12/2017



Check 1091 Amount $453.14 Date 6/13/2017

Check 1092 Amount $811.95 Date 6/12/2017

Check 1093 Amount $2,059.76 Date 6/12/2017

Check 1094 Amount $290.00 Date 6/28/2017

Check 1095 Amount $495.23 Date 6/13/2017

Check 1096 Amount $104.75 Date 6/14/2017

Check 1097 Amount $900.00 Date 6/15/2017

Check 1098 Amount $2,222.51 Date 6/21/2017

Check 1099 Amount $2,428.74 Date 6/19/2017

Check 1100 Amount $100.00 Date 6/28/2017

Check 1101 Amount $378.00 Date 6/16/2017

Check 1102 Amount $1,997.00 Date 6/19/2017

Check 1103 Amount $1,993.25 Date 6/27/2017

Check 1104 Amount $367.64 Date 6/26/2017

Check 1105 Amount $1,984.00 Date 6/26/2017

**Southern Bancorp**

```
    ENID LAKESIDE GROCERY LLC          Page                      1
    2570 ENID DAM RD
    POPE MS 38658-3068                 Statement Date    6/30/17

                                       Account Number      2639 D
```

### TYPE OF ACCOUNT--Small Business Account
#### Statement Summary

```
Beginning Balance     5/31/17                            .87        3
Deposits/Credits                    7   Credits        2,302.00
Checks/Debits                       9   Debits         2,290.47
Ending Balance        6/30/17                           12.40
```

### Credits/Deposits

| Date | Amount | Description |
|------|--------|-------------|
| 6/05 | 421.00 | Web Banking Transfer, Transfer From  1646 D To  2639 D |
| 6/08 | 375.00 | Regular Deposit |
| 6/12 | 58.00 | Web Banking Transfer, Transfer From  1646 D To  2639 D |
| 6/15 | 425.00 | Web Banking Transfer, Transfer From 3859 D To  2639 D |
| 6/19 | 433.00 | Web Banking Transfer, Transfer From 3859 D To  2639 D |
| 6/19 | 290.00 | Regular Deposit |
| 6/26 | 300.00 | Regular Deposit |

### Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 6/05 | 31.50 | Return Item Fee |
| 6/06 | 31.50 | Return Item Fee |
| 6/06 | 358.00 | Web Banking Transfer, Transfer From  2639 D To  1646 D |
| 6/08 | 31.50 | Return Item Fee |
| 6/12 | 323.54 | Retry Pymt To Att/849939011Epayh |
| 6/12 | 78.74 | Invoice To Mdwfp/Enid Lakeside Grocery |
| 6/15 | 420.93 | Invoice To Mdwfp/Enid Lakeside Grocery |
| 6/19 | 726.41 | Invoice To Mdwfp/Enid Lakeside Grocery |
| 6/26 | 288.35 | Invoice To Mdwfp/Enid Lakeside Grocery |

ENID LAKESIDE GROCERY LLC
2570 ENID DAM RD
POPE MS 38658-3068

Page                        2

Statement Date        6/30/17

Account Number        2639 D

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Beginning Balance | .87 | | | | |
| 6/02 | .87 | 6/08 | 344.37 | 6/19 | .75 |
| 6/05 | 390.37 | 6/12 | .09 | 6/26 | 12.40 |
| 6/06 | .87 | 6/15 | 4.16 | | |



C 20 6/8/2017 0 55000000 2639 $375.00 11001001000390

C 20 6/19/2017 0 55000000 2639 $290.00 11002

20 6/26/2017 0 55000000 2639 $300.00 11001001000210