_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**In Re: ENID LAKESIDE GROCERY, LLC**                                     **CHAPTER 11**

**DEBTOR**                                                                **NO: 17-10248 JDW**

## AGREED ORDER AMENDING PLAN AS TO MDOR

THIS MATTER having come before the Court on Joint Motion *Ore Tenus* made by the Debtor and the Mississippi Department of Revenue ("MDOR"), requesting that the provision providing for payment of the MDOR administrative claim in Class 1 and priority claim in Class 2 to provide as set forth in this Order, and the Court having considered the matter is of the opinion that the agreed upon relief should be granted as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that Article II "CLASS 1" is hereby modified to include the following new subparagraph (e):

(e)     the Debtor/Reorganized Debtor shall pay the Mississippi Department of Revenue's ("MDOR") Allowed Administrative Claim of $2,851.80 within thirty days of the Effective Date and shall timely submit returns and remit payment, including penalties and interest, for all taxes due or coming due, as required under applicable Mississippi state law. Should the Debtor fail to so timely file and pay, notwithstanding Article XI, MDOR may without notice to the Debtor or the Debtor's counsel proceed with

Mississippi state law remedies for collection of any amounts due and/or seek such relief as may be available from the Court.

IT IS FURTHER ORDERED AND ADJUDGED that subparagraph (a) under Article II "CLASS 2" Priority Tax Claim of the Mississippi Department of Revenue is hereby modified to provide as follows:

(a) Description of Claim in Class 2: The Allowed Priority Tax Claim of MDOR consists of a claim filed in the amount of $3,850.92 together with a second claim filed in the amount of $1,322.71, which combined will constitute an Allowed Priority Tax Claim of the MDOR in the amount of $5,173.63. The Allowed Priority Tax Claim of $5,173.63 will be paid together with interest at the statutory rate of 8.4% per annum from the Confirmation Date. The remaining amounts of the claims of the MDOR consist of secured and unsecured portions as shown in the designated classes below.

IT IS FURTHER ORDERED AND ADJUDGED that the paragraph under Article VIII is hereby modified to provide the following sentence at the end of the paragraph:

Nothing contained in the Plan, however, shall affect or in any way limit MDOR's statutory right to transfer unpaid tax liabilities to non-Debtor/Reorganized Debtor parties.

IT IS FURTHER ORDERED AND ADJUDGED that the remaining provisions of Class 2 and all other provisions in the Chapter 11 Plan related to the MDOR claims as proposed by Debtor shall remain unaltered.

IT IS FURTHER ORDERED AND ADJUDGED that the provisions of this Order shall be incorporated into the Chapter 11 Plan upon confirmation.

**END OF ORDER**

Agreed & Submitted by:

/s/ Robert Gambrell
Robert Gambrell, Atty for Debtor, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com

Agreed:

/s/ Sylvie D. Robinson
Sylvie D. Robinson, MSB # 8931
Attorney for MDOR