

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

| | | | |
|---|---|---|---|
| **In re** | ) | | |
| | ) | | |
| **ENID LAKESIDE GROCERY, LLC,** | ) | **Case No.:** | **17-10248-JDW** |
| | ) | | |
| | ) | | |
| **Debtor.** | ) | **Chapter:** | **11** |

## ORDER

     This cause is before the Court *sua sponte*. Enid Lakeside Grocery, LLC (the "Debtor") filed its chapter 11 case on January 25, 2017. (Dkt. # 1). The Order Confirming Plan of Reorganization (the "Confirmation Order") (Dkt. # 126) was entered on August 20, 2018. The Confirmation Order, prepared by the Debtor, provided that the Debtor would file a report of distribution under the confirmed plan and an application for final decree within 60 days of the Confirmation Order. (Dkt. # 126, p. 7). The Debtor has failed to do so. Accordingly, it is hereby

     **ORDERED, ADJUDGED AND DECREED** that the Debtor must file the necessary documents within 30 days of the Order, failing which the case may be dismissed or sanctions imposed.

##END OF ORDER##